# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of New York

Index Number: 14CV6239                                  Date Filed: 8/7/2014

Plaintiff:
**EDWARD ZORRILLAMARIA**

vs.

Defendant:
**THE CITY OF NEW YORK, et als.**

Received by THE PRESTIA LAW FIRM, PLLC to be served on **POLICE OFFICER JOHN CACIOPPO SHIELD #00921 TAX #945540, NYPD - 33rd PRECINCT, 2207 AMSTERDAM AVENUE, NEW YORK, New York County, NY 10032**.

I, Brent Richardson, being duly sworn, depose and say that on the **1st day of October, 2014** at **1:35 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS and COMPLAINT with JURY DEMAND** with the date and hour of service endorsed thereon by me, to: **POLICE OFFICER HUTSON, SHIELD #19963** as **DESK OFFICER** at the address of: **NYPD - 33rd PRECINCT, 2207 AMSTERDAM AVENUE, NEW YORK, New York County, NY 10032**, who stated they are authorized to accept service for **JOHN CACIOPPO SHIELD #00921 TAX #945540**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Black, Height: 6'0", Weight: 170, Hair: Balding, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: _____ }
County: _____ }

Subscribed and Sworn to before me on the _____ day of _____, _____ by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

_____
NOTARY PUBLIC

_____
**Brent Richardson**
N.Y.C.D.C.A.# 1346943

**THE PRESTIA LAW FIRM, PLLC
65 Broadway
Ste. 716
New York, NY 10006
(212) 430-6313**

Our Job Serial Number: BNP-2014000970
Service Fee: _____

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0i